O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOGINDER SINGH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>US ATTORNEY GENERAL ANDRE BIROTTE, JR.; ALEJANDRO MAYORKAS; JANET NAPOLITANO,<br><br>　　　　　Respondents. | Case No. 2:13-cv-03758-ODW(SHx)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF PROSECUTION** |

On June 4, 2013, Petitioner Joginder Singh filed suit against various immigration-related Respondents seeking to have Respondents adjudicate Singh's wife and daughters' Form I-130 visa petitions. (ECF No. 2.) Singh served Respondents on July 19, 2013. (ECF No. 8.)

On September 18, 2013, the Court ordered Singh to show cause why his case should not be dismissed for failure to prosecute, as he had not moved for entry of default against Respondents. (ECF No. 11.) The parties then stipulated to give Respondents until October 16, 2013, to respond to the petition—a stipulation which the Court accepted. (ECF Nos. 12, 13.)

But Respondents never answered or otherwise responded. So on January 15, 2014, the Court again ordered Singh to show cause why his case should not be

1 dismissed for lack of prosecution, as Singh had not moved for entry of default.  (ECF
2 No. 14.)  The Court set the Order to Show Cause deadline for January 22, 2014.

3       The United States Supreme Court has held that the "authority of a federal trial
4 court to dismiss a plaintiff's action with prejudice because of his failure to prosecute
5 cannot seriously be doubted."  *Link v. Wabash R. Co.*, 370 U.S. 626, 629–30 (1962)
6 (footnote omitted).  A district court must consider several factors in deciding whether
7 to dismiss a case for lack of prosecution, including "the court's need to manage its
8 docket, the public interest in expeditious resolution of litigation, and the risk of
9 prejudice to the defendants against the policy favoring disposition of cases on their
10 merits, and the availability of less drastic sanctions."  *Ash v. Cvetkov*, 739 F.2d 493,
11 496 (9th Cir. 1984).

12       As of the date of this Order, Singh has not responded to the Court's Order.  Of
13 necessity, Petitioner must be the driving force behind this litigation. Without action on
14 Petitioner's part, this case will languish on the docket awaiting some eventual point at
15 which Singh decides to move it forward.  In the meantime, the Court's resources will
16 be tied up in managing the case docket and waiting for some action.  The public has
17 an interest in cases being resolved expeditiously—not in having cases languish for
18 months or longer.

19       The Court also specifically warned Singh in its Order to Show Cause that
20 "[f]ailure to timely respond will result in dismissal for lack of prosecution."  Hearing
21 no response from Singh, the Court **DISMISSES** this action **WITHOUT**
22 **PREJUDICE**.  The Clerk of Court shall close this case.

23       **IT IS SO ORDERED.**
24       January 24, 2014

26                                   _____
27                                       **OTIS D. WRIGHT, II**
28                               **UNITED STATES DISTRICT JUDGE**